SEPTEMBER 28, 2004

No. 04A242. KUCERA ET AL. v. BRADBURY, SECRETARY OF STATE OF OREGON, ET AL. Application to stay order of the Ore-

gon Supreme Court pending the filing and disposition of a petition for writ of certiorari, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. JUSTICE BREYER would grant the application for stay.